

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     City of Houston v. Kimberley R. Trimmer-Davis

Appellate case number:   01-19-00088-CV

Trial court case number:  2010-11410

Trial court:                   295th District Court of Harris County

      The unopposed motion to reset oral argument is granted. Oral argument in this case will be reset from September 25, 2019 to October 2, 2019. Please refer to the court's amended notice of submission for further details.

      It is so ORDERED.


Judge's signature: _/s/ Peter Kelley_____
                   ☒Acting individually    ☐ Acting for the Court


Date: _September 10, 2019_____